No. 11–990. H. D. SMITH WHOLESALE DRUG CO., INC. *v.* SMITH ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–1021. EDWARDS *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 11–1033. JOSEPH *v.* ATTORNEY GRIEVANCE COMMISSION OF MARYLAND. Ct. App. Md. Certiorari denied.

No. 11–1043. KIVISTO *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF THE SUPREME COURT OF ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 11–1048. RONCALLO *v.* SIKORSKY AIRCRAFT CORP. C. A. 2d Cir. Certiorari denied.

No. 11–5941. SANDERS *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 11–6427. FOSTER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–6472. MCGEHEE *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 11–6594. TEMPLET *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6624. NEWBOLD *v.* NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Guilford County, N. C. Certiorari denied.

No. 11–6891. POLK *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–7098. WHITE *v.* LONGINO, DEPUTY WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–7120. DAKER *v.* WARREN, SHERIFF, COBB COUNTY, GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 11–7523. DUNCAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.